CAUSE NO. 01-13-00415-CR, 01-13-00416-CR, 01-13-00417-CR

JAVIER NOEL CAMPOS       *    IN THE COURT OF APPEALS
Petitioner              *
                            *    FIRST JUDICIAL DISTRICT
     VS.                 *
                            *    HOUSTON, TEXAS
THE STATE OF TEXAS      *
Respondent           *

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

FEB - 2 2015

CHRISTOPHER A. PRINE
CLERK

## MOTION FOR REHEARING PURSUANT TO TRAP RULE 49.1

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, JAVIER NOEL CAMPOS, Petitioner in the above entitled and numbered cause and respectfully moves this Honorable Court to order a new hearing pursuant to TRAP Rule 49.1 and would show the Court the following:

I

Petitioner filed a timely notice of appeal. Petitioner filed his Appellant brief on April 15, 2014 and the State filed the Appelle brief on September 5, 2014 The Court affirmed Petitioner's conviction and issued it's opinion on January 13, 2015.

II

The State, in it's brief, misconstrued the facts and law to the Court and painted a false factual picture that contributed to the Court's ruling.

III

The Court has made it's ruling against established state and federal law in a way that conflicts with the applicable decisions of the Court of Criminal Appeals and the Supreme Court of the United States.

IV

The Court's ruling is a denial of fundamental and Constitutional rights that result in a miscarriage of justice.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Petitioner respectfully prays that this Honorable Court order a new hearing pursuant to TRAP Rule 49.1 to reconsider Petitioner's grounds for appeal.

Respectfully Submitted,

_J. Campos_

Javier N. Campos-Petitioner
Pro Se Representation
TDCJ No. 1854678
Stiles Unit
3060 FM 3514
Beaumont, TX. 77705

## CERTIFICATE OF SERVICE

I, Javier N. Campos, certify that a true and correct copy of the foregoing Motion was mailed to the Harris County District Attorney, 1201 Franklin, Suite 600, Houston, Texas 77002 on this 26th day of January, 2015.

Respectfully Submitted,

_J. Campos_

Javier N. Campos-Petitioner
Pro Se Representation

Javier Noel Campos
TDCJ No. 1854678
Stiles Unit
3060 FM 3514
Beaumont, TX. 77705

January 26, 2015

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

FEB - 2 2015

CHRISTOPHER A. PRINE

CLERK

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

FEB - 2 2015

CHRISTOPHER A. PRINE

CLERK

Clerk
Court of Appeals
First Judicial District
Houston, TX.

Re: Motion for Rehearing

Dear Clerk:

Enclosed please find Motion for Rehearing pusuant to TRAP Rule 49.1. Please file the motion and bring it to the attention of the Court for consideration. Also, please find one copy and date-stamp it and return it to me in the SASE. If you have any questions please feel free to contact me at anytime at the address above.

Thank you for your time and assistance.

Respectfully Submitted,

Javier N. Campos-Petitioner
Pro Se Representation

CC:
Campos File

Clerk
1ST Court of Appeals
First Judicial District

301 Fannin St.
Houston, Tx. 77002

RECEIVED
COURT OF APPEALS
HOUSTON, TEXAS
FEB – 2 2015
CHRISTOPHER A. PRINE

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS
FEB – 2 2015
CHRISTOPHER A. PRINE
CLERK